The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC., and<br>MOTOROLA MOBILITY, INC.,<br><br>　　　　　　Defendants. | CASE NO. C10-01577-RSM<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY ACTION<br><br>**Note on Motion Calendar:**<br>**November 8, 2010** |

## STIPULATION

Plaintiff Microsoft Corporation and Defendants Motorola, Inc., and Motorola Mobility, Inc., collectively ("the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

　　1.　　Pursuant to 28 U.S.C. § 1659, the Parties stipulate to a stay of proceedings in the above-captioned matter pending a final determination of the United States International Trade Commission ("ITC") in *In the Matter of Certain Mobile Devices, Associated Software, and Components Thereof*, Investigation No. 337-TA-744.

　　2.　　On October 1, 2010, Plaintiff Microsoft Corporation ("Microsoft") filed a Complaint in this matter. Five days later, on October 6, 2010, Microsoft filed an Amended Complaint, which added Motorola Mobility, Inc. ("Motorola Mobility") as a defendant. Microsoft served its Amended Complaint on Motorola, Inc. ("Motorola") on October 8, 2010 and on

STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION - 1
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Motorola Mobility on October 28, 2010.  In a Stipulation filed on October 27, 2010, the Parties agreed that Motorola and Motorola Mobility's deadline to answer or otherwise move the Court for relief in this action should be extended from October 29, 2010 to November 22, 2010.  The Court so Ordered this extension on November 1, 2010.  ECF No. 32.

      3.      The Amended Complaint alleges that Motorola and Motorola Mobility have infringed, either directly or indirectly, nine Microsoft patents:  U.S. Patent Nos. 5,579,517; 5,758,352; 6,621,746; 6,826,762; 6,909,910; 7,644,376; 5,665,133; 6,578,054; and 6,370,566.  *See* Amended Complaint, ¶¶ 11-12, 14-15, 17-18, 20-21, 23-24, 26-27, 29-30, 32-33, and 35-36.  The same day Microsoft filed its initial Complaint in this action—October 1, 2010—it also filed a Complaint with the ITC against Motorola and in connection with the same nine Microsoft patents, asserting that Motorola has infringed these patents and has therefore engaged in unfair competition or violated Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337.

      4.      Eleven days later, on October 12, 2010, Microsoft amended its ITC Complaint to add Motorola Mobility as a respondent.  On November 1, 2010, the ITC instituted an investigation based on the Amended Complaint and formally named Motorola and Motorola Mobility as respondents.  Thus, at present, Motorola and Motorola Mobility are both defendants in this civil action and respondents in the ITC proceeding.

      5.      28 U.S.C. § 1659(a) provides that "[i]n a civil action involving parties that are also parties to a proceeding before the [ITC] under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court *shall stay*, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the commission," so long as "such request is made within (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or (2) 30 days after the district court action is filed, whichever is later." 28 U.S.C. § 1659(a) (emphasis added).  Motorola and Motorola Mobility are parties to the above-captioned civil action and also the respondents in *In the*

STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION - 2
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Matter of Certain Mobile Devices, Associated Software, and Components Thereof*, an ITC proceeding involving the same issues involved here—the putative infringement of nine Microsoft patents.

      6.      This requested stipulation is timely.  The 30-day period under 28 U.S.C. § 1659(a)(1) did not begin to run until November 1, 2010—the day Motorola and Motorola Mobility were "named as [] respondent[s] in the proceeding before the Commission." 28 U.S.C. § 1659(a)(1); *see* 19 C.F.R. § 210.3 (defining "respondent" as "any person named in a notice of investigation").

      7.      Accordingly, the Parties respectfully request that the Court enter an Order directing that:

      A.      Pursuant to 28 U.S.C. § 1659(a) *et seq.* and the Court's inherent power to control its docket, this civil action is stayed until a final determination of the ITC proceeding in *In the Matter of Certain Mobile Devices, Associated Software, and Components Thereof*, Investigation No. 337-TA-744;

      B.      The deadline for Motorola and Motorola Mobility to move, answer, or otherwise respond to the Amended Complaint is vacated; and

      C.      Within 30 days of a final determination of the ITC proceeding in *In the Matter of Certain Mobile Devices, Associated Software, and Components Thereof*, Investigation No. 337-TA-744, and the associated expiration of this stay, the Parties shall confer with each other and contact the Court for purposes of setting a Scheduling Order, which shall include the setting of a new deadline for Motorola and Motorola Mobility to move, answer, or otherwise respond to Microsoft's Amended Complaint.

STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION - 3
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

| | | |
|---|---|---|
| 1 | DATED this 8th day of November, 2010. | |
| 2 | SUMMIT LAW GROUP PLLC | DANIELSON HARRIGAN LEYH & TOLLEFSON LLP |

By /s/ Philip S. McCune
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

And by

    Edward J. DeFranco (*pro hac vice*)
    Quinn Emanuel
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    (212) 849-7000
    *eddefranco@quinnemanuel.com*

    Charles K. Verhoeven (*pro hac vice*)
    Quinn Emanuel
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    (415) 875-6600
    *charlesverhoeven@quinnemanuel.com*

    David Nelson (*pro hac vice*)
    Quinn Emanuel
    500 W. Madison Street, Suite 2450
    Chicago, IL 60661
    (312) 705-7400
    *davenelson@quinnemanuel.com*

**Attorneys for Defendants Motorola, Inc., and Motorola Mobility, Inc.**

By /s/ Christopher T. Wion
    Arthur W. Harrigan, Jr., WSBA #1751
    Christopher T. Wion, WSBA #33207
    *arthurh@dhlt.com*
    *chrisw@dhlt.com*

    T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
    Microsoft Corporation
    One Microsoft Way
    Redmond, WA 98052
    (425) 882-8080
    *andycu@microsoft.com*
    *davkill@microsoft.com*

Of Counsel:

    David T. Pritikin
    Richard A. Cederoth
    Douglas I. Lewis
    John W. McBride
    Sidley Austin LLP
    One South Dearborn
    Chicago, IL 60603
    (312) 853-7000
    *dpritikin@sidley.com*
    *rcederoth@sidley.com*
    *dilewis@sidley.com*
    *jwmcbride@sidley.com*

    Brian R. Nester
    Kevin C. Wheeler
    Sidley Austin LLP
    1501 K Street NW
    Washington, DC 20005
    (202) 736-8000
    *bnester@sidley.com*
    *kwheeler@sidley.com*

**Attorneys for Plaintiff Microsoft Corporation**

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION - 4
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**ORDER**

IT IS SO ORDERED.

DATED this ____ day of ______________, 2010.

______________________________
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

***Presented by:***

SUMMIT LAW GROUP PLLC

By /s/ Philip S. McCune
Philip S. McCune, WSBA #21081
Lynn M. Engel, WSBA #21934
*philm@summitlaw.com*
*lynne@summitlaw.com*

And by

Edward J. DeFranco (*pro hac vice*)
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
*eddefranco@quinnemanuel.com*

Charles K. Verhoeven (*pro hac vice* )
Quinn Emanuel
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
*charlesverhoeven@quinnemanuel.com*

David Nelson (*pro hac vice*)
Quinn Emanuel
500 W. Madison Street, Suite 2450
Chicago, IL 60661
(312) 705-7400
*davenelson@quinnemanuel.com*

***Attorneys for Defendants Motorola, Inc., and Motorola Mobility, Inc.***

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By /s/ Christopher T. Wion
Arthur W. Harrigan, Jr., WSBA #1751
Christopher T. Wion, WSBA #33207
*arthurh@dhlt.com*
*chrisw@dhlt.com*

T. Andrew Culbert, WSBA #35925
David E. Killough, WSBA #40185
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 882-8080
*andycu@microsoft.com*
*davkill@microsoft.com*

And by

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
John W. McBride
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
*dpritikin@sidley.com*
*rcederoth@sidley.com*
*dilewis@sidley.com*
*jwmcbride@sidley.com*

Brian R. Nester
Kevin C. Wheeler
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
(202) 736-8000
*bnester@sidley.com*
*kwheeler@sidley.com*

***Attorneys for Plaintiff Microsoft Corporation***