The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICROSOFT CORPORATION,

                Plaintiff,

      v.

MOTOROLA, INC., and
MOTOROLA MOBILITY, INC.,

                Defendants.

CASE NO. C10-01577-RSM

STIPULATION AND ORDER TO STAY ACTION

## STIPULATION

Plaintiff Microsoft Corporation and Defendants Motorola, Inc., and Motorola Mobility, Inc., collectively ("the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

    1.    Pursuant to 28 U.S.C. § 1659, the Parties stipulate to a stay of proceedings in the above-captioned matter pending a final determination of the United States International Trade Commission ("ITC") in *In the Matter of Certain Mobile Devices, Associated Software, and Components Thereof*, Investigation No. 337-TA-744.

    2.    On October 1, 2010, Plaintiff Microsoft Corporation ("Microsoft") filed a Complaint in this matter. Five days later, on October 6, 2010, Microsoft filed an Amended Complaint, which added Motorola Mobility, Inc. ("Motorola Mobility") as a defendant. Microsoft served its Amended Complaint on Motorola, Inc. ("Motorola") on October 8, 2010 and on

STIPULATION AND ORDER TO STAY ACTION - 1
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Motorola Mobility on October 28, 2010. In a Stipulation filed on October 27, 2010, the Parties agreed that Motorola and Motorola Mobility's deadline to answer or otherwise move the Court for relief in this action should be extended from October 29, 2010 to November 22, 2010. The Court so Ordered this extension on November 1, 2010. ECF No. 32.

3. The Amended Complaint alleges that Motorola and Motorola Mobility have infringed, either directly or indirectly, nine Microsoft patents: U.S. Patent Nos. 5,579,517; 5,758,352; 6,621,746; 6,826,762; 6,909,910; 7,644,376; 5,665,133; 6,578,054; and 6,370,566. *See* Amended Complaint, ¶¶ 11-12, 14-15, 17-18, 20-21, 23-24, 26-27, 29-30, 32-33, and 35-36. The same day Microsoft filed its initial Complaint in this action—October 1, 2010—it also filed a Complaint with the ITC against Motorola and in connection with the same nine Microsoft patents, asserting that Motorola has infringed these patents and has therefore engaged in unfair competition or violated Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337.

4. Eleven days later, on October 12, 2010, Microsoft amended its ITC Complaint to add Motorola Mobility as a respondent. On November 1, 2010, the ITC instituted an investigation based on the Amended Complaint and formally named Motorola and Motorola Mobility as respondents. Thus, at present, Motorola and Motorola Mobility are both defendants in this civil action and respondents in the ITC proceeding.

5. 28 U.S.C. § 1659(a) provides that "[i]n a civil action involving parties that are also parties to a proceeding before the [ITC] under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court *shall stay*, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the commission," so long as "such request is made within (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or (2) 30 days after the district court action is filed, whichever is later." 28 U.S.C. § 1659(a) (emphasis added). Motorola and Motorola Mobility are parties to the above-captioned civil action and also the respondents in *In the*

STIPULATION AND ORDER TO STAY ACTION - 2
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1    *Matter of Certain Mobile Devices, Associated Software, and Components Thereof*, an ITC
2    proceeding involving the same issues involved here—the putative infringement of nine Microsoft
3    patents.
4        6.     This requested stipulation is timely.  The 30-day period under 28 U.S.C.
5    § 1659(a)(1) did not begin to run until November 1, 2010—the day Motorola and Motorola
6    Mobility were "named as [] respondent[s] in the proceeding before the Commission."  28 U.S.C.
7    § 1659(a)(1); *see* 19 C.F.R. § 210.3 (defining "respondent" as "any person named in a notice of
8    investigation").
9        7.     Accordingly, the Parties respectfully request that the Court enter an Order directing
10   that:
11       A.     Pursuant to 28 U.S.C. § 1659(a) *et seq.* and the Court's inherent power to
12   control its docket, this civil action is stayed until a final determination of the ITC proceeding in *In*
13   *the Matter of Certain Mobile Devices, Associated Software, and Components Thereof*,
14   Investigation No. 337-TA-744;
15       B.     The deadline for Motorola and Motorola Mobility to move, answer, or
16   otherwise respond to the Amended Complaint is vacated; and
17       C.     Within 30 days of a final determination of the ITC proceeding in *In the*
18   *Matter of Certain Mobile Devices, Associated Software, and Components Thereof*, Investigation
19   No. 337-TA-744, and the associated expiration of this stay, the Parties shall confer with each other
20   and contact the Court for purposes of setting a Scheduling Order, which shall include the setting of
21   a new deadline for Motorola and Motorola Mobility to move, answer, or otherwise respond to
22   Microsoft's Amended Complaint.

STIPULATION AND ORDER TO STAY ACTION - 3
CASE NO. C10-01577-RSM

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

1   DATED this 8th day of November, 2010.

2   SUMMIT LAW GROUP PLLC                     DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

3

4   By /s/ Philip S. McCune                   By /s/ Christopher T. Wion
       Philip S. McCune, WSBA #21081              Arthur W. Harrigan, Jr., WSBA #1751
5      Lynn M. Engel, WSBA #21934                 Christopher T. Wion, WSBA #33207
       *philm@summitlaw.com*                      *arthurh@dhlt.com*
6      *lynne@summitlaw.com*                      *chrisw@dhlt.com*

7   And by                                        T. Andrew Culbert, WSBA #35925
                                                  David E. Killough, WSBA #40185
8      Edward J. DeFranco (*pro hac vice*)        Microsoft Corporation
       Quinn Emanuel                              One Microsoft Way
9      51 Madison Avenue, 22nd Floor              Redmond, WA  98052
       New York, NY  10010                        (425) 882-8080
10     (212) 849-7000                             *andycu@microsoft.com*
       *eddefranco@quinnemanuel.com*              *davkill@microsoft.com*
11
       Charles K. Verhoeven (*pro hac vice*)   Of Counsel:
12     Quinn Emanuel
       50 California Street, 22nd Floor           David T. Pritikin
13     San Francisco, CA  94111                   Richard A. Cederoth
       (415) 875-6600                             Douglas I. Lewis
14     *charlesverhoeven@quinnemanuel.com*        John W. McBride
                                                  Sidley Austin LLP
15     David Nelson (*pro hac vice*)              One South Dearborn
       Quinn Emanuel                              Chicago, IL  60603
16     500 W. Madison Street, Suite 2450          (312) 853-7000
       Chicago, IL  60661                         *dpritikin@sidley.com*
17     (312) 705-7400                             *rcederoth@sidley.com*
       *davenelson@quinnemanuel.com*              *dilewis@sidley.com*
18                                                *jwmcbride@sidley.com*
    **Attorneys for Defendants Motorola, Inc., and
19  Motorola Mobility, Inc.**                     Brian R. Nester
                                                  Kevin C. Wheeler
20                                                Sidley Austin LLP
                                                  1501 K Street NW
21                                                Washington, DC  20005
                                                  (202) 736-8000
22                                                *bnester@sidley.com*
                                                  *kwheeler@sidley.com*
23

24                                                ***Attorneys for Plaintiff Microsoft Corporation***

25

26

STIPULATION AND ORDER TO STAY ACTION - 4                    SUMMIT LAW GROUP PLLC
CASE NO. C10-01577-RSM                                      315 FIFTH AVENUE SOUTH, SUITE 1000
                                                            SEATTLE, WASHINGTON 98104-2682
                                                            Telephone:  (206) 676-7000
                                                            Fax:  (206) 676-7001

1 **ORDER**

2     IT IS SO ORDERED.

3     DATED this 9 day of November 2010.

4

5

6

    RICARDO S. MARTINEZ

7     UNITED STATES DISTRICT JUDGE

8 *Presented by:*

9 SUMMIT LAW GROUP PLLC      DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

10

11 By /s/ Philip S. McCune      By /s/ Christopher T. Wion
    Philip S. McCune, WSBA #21081      Arthur W. Harrigan, Jr., WSBA #1751
12     Lynn M. Engel, WSBA #21934      Christopher T. Wion, WSBA #33207
    *philm@summitlaw.com*      *arthurh@dhlt.com*
13     *lynne@summitlaw.com*      *chrisw@dhlt.com*

14 And by      T. Andrew Culbert, WSBA #35925
    David E. Killough, WSBA #40185
15     Edward J. DeFranco (*pro hac vice*)      Microsoft Corporation
    Quinn Emanuel      One Microsoft Way
16     51 Madison Avenue, 22nd Floor      Redmond, WA 98052
    New York, NY 10010      (425) 882-8080
17     (212) 849-7000      *andycu@microsoft.com*
    *eddefranco@quinnemanuel.com*      *davkill@microsoft.com*
18
    Charles K. Verhoeven (*pro hac vice*)      And by
19     Quinn Emanuel
    50 California Street, 22nd Floor
20     San Francisco, CA 94111      David T. Pritikin      Brian R. Nester
    (415) 875-6600      Richard A. Cederoth      Kevin C. Wheeler
21     *charlesverhoeven@quinnemanuel.com*      Douglas I. Lewis      Sidley Austin LLP
    John W. McBride      1501 K Street NW
22     David Nelson (*pro hac vice*)      Sidley Austin LLP      Washington, DC
    Quinn Emanuel      One South Dearborn      20005
23     500 W. Madison Street, Suite 2450      Chicago, IL 60603      (202) 736-8000
    Chicago, IL 60661      (312) 853-7000      *bnester@sidley.com*
24     (312) 705-7400      *dpritikin@sidley.com*      *kwheeler@sidley.com*
    *davenelson@quinnemanuel.com*      *rcederoth@sidley.com*
25     *dilewis@sidley.com*
*Attorneys for Defendants Motorola, Inc., and*      *jwmcbride@sidley.com*
26 *Motorola Mobility, Inc.*

    *Attorneys for Plaintiff Microsoft Corporation*

STIPULATION AND ORDER TO STAY ACTION - 5      SUMMIT LAW GROUP PLLC
CASE NO. C10-01577-RSM      315 FIFTH AVENUE SOUTH, SUITE 1000
    SEATTLE, WASHINGTON 98104-2682
    Telephone: (206) 676-7000
    Fax: (206) 676-7001